COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Great Value Storage, LLC and World Class Capital Group. LLC, and Natin Paul v. Princeton Capital Corporation

Appellate case number:    01-21-00284-CV

Trial court case number:  2019-18855

Trial court:               165th District Court of Harris County

Appellant, Great Value Storage, LLC, filed an appeal from the final judgment, signed on March 4, 2021, finding in favor of appellee, Princeton Capital Corporation and assessing actual damages in the amount of $9,759,713.84. Appellant did not supersede this judgment and the trial court subsequently signed an order appointing a receiver. Appellant filed a notice of appeal from this order.

On October 5, 2021, appellant filed in this Court a motion for temporary relief, staying the order appointing a receiver. The Court temporarily stayed the order appointing a receiver and requested responses to the motion. Appellee and the receiver have now filed responses and appellant has filed a reply to the responses.

Because an order appointing a receiver is an interlocutory appeal permitted by statute, *see* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(1), Rule 29 permits this Court to enter "any temporary orders necessary to preserve the parties' rights until disposition of the appeal," but it also provides that we may "require appropriate security." *See* TEX. R. APP. P. 29.3.

Accordingly, we **temporarily grant** appellant's motion to stay the trial court's order appointing a receiver. *See id.* While this stay is in place, the receiver is prohibited from taking any action pursuant to the trial court's order.

Moreover, we **abate** the appeal and **remand** to the trial court for a determination whether appellee's rights would be adequately protected by supersedeas or another order under Rule 24, and if so, the amount and type of security appellant must post. *See* TEX. R. APP. P. 24.1, 24.3, 29.1, 29.3; *WC 1st & Trinity; LP v. Roy F. and JoAnn Cole Mitte Found.*, No. 03-19-00905-CV, 2019 WL 6972679, at *1 (Tex. App.—Austin Dec. 19, 2019, no pet.) (mem. op.).

Appellant is ordered to file a status report with this Court concerning the status of the supersedeas proceedings **on or before November 15, 2021**, and to see that a clerk's record is filed in this Court concerning the trial court's determination of the amount and type of supersedeas, as

well as any bond or other supersedeas posted by appellant. The Court **may reinstate and withdraw the stay if appellant fails to file a status report by November 15, 2021**.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court


Date: ___October 26, 2021_____